JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL DAVID, ) | Case No.: CV 10-7155 DSF (FFMx) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| CHEVY CHASE BANK, F.S.B., ) LEND WISE FINANCIAL, ) PINNACLE ESTATE PROPERTIES, ) INC., and DOES 1-10, inclusive, ) | |
| Defendants. ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

Dated: 2/11/11

_____
Dale S. Fischer
United States District Judge